# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br>KIRK A HINES<br>MARCHELLE L HINES<br>1110 COUNTY HOUSE LN<br>MARIETTA, OH  457508011 | Case No:   06-56336<br><br>Judge:   C KATHRYN PRESTON |

SSN(S):   XXX-XX-6329
          XXX-XX-2313

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  February 24, 2010         /s/ Frank M. Pees
                                  Frank M. Pees
                                  Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| MARIETTA UROLOGY INC<br>400 MATTHEW ST STE 303<br>MARIETTA, OH  45750 | 5.26 |